In the Matter of the Application of LEON M. BAKEMAN, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting the State Liquor Authority, and Others, Defendants.— The local board disapproved of petitioner's application to renew his beer license in the town of Newark Valley. The State Liquor Authority concurred in the action of the local board. Certiorari proceeding dismissed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

LODIAMIA M. TIETZ, Respondent, Appellant, v. FREDERIC W. TIETZ, JR., Appellant, Respondent.—Appeal from a judgment of the Supreme Court, entered in Albany county clerk's office upon a decision of an official referee in an action brought by plaintiff against her husband to recover for necessities furnished by her for the support of her children. Cross-appeal by plaintiff on the ground that the amount awarded is inadequate. The fourth finding of fact contained in the decision is modified so as to read as follows: " That the defendant was guilty of acts of violence upon the daughter Lodiamia, and of cruel and inhuman treatment in striking the plaintiff." As thus modified the decision and judgment are affirmed, with costs. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

FANNIE L. PARKER, as Administratrix, etc., of JOHN A. PARKER, Deceased, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent. — Verdict for death at railroad crossing set aside by the trial judge, holding decedent to have been guilty of contributory negligence as matter of law. From a point seventy-five feet away from the tracks they were visible at all places for a distance of one thousand feet. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

KENNETH H. SAMPSON, Respondent, v. MECHANICS AND TRADERS INSURANCE COMPANY OF NEW ORLEANS, LA., Appellant, and ENDICOTT TRUST COMPANY, Defendant. KENNETH H. SAMPSON, Respondent, v. THE NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant, and ENDICOTT TRUST COMPANY, Defendant. KENNETH H. SAMPSON, Respondent, v. THE WORLD FIRE AND MARINE INSURANCE COMPANY OF HARTFORD, CONN., Appellant, and ENDICOTT TRUST COMPANY, Defendant. KENNETH H. SAMPSON, Respondent, v. THE NEW HAMPSHIRE FIRE INSURANCE COMPANY OF MANCHESTER, N. H., Appellant, and ENDICOTT TRUST COMPANY, Defendant. KENNETH H. SAMPSON, Respondent, v. ATLAS ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant, and ENDICOTT TRUST COMPANY, Defendant.—Appeal from judgments and orders denying motions for new trial in actions to collect for loss on fire insurance policies. Defendants claimed concealment of material facts as to existence of chattel mortgage, real estate mortgage and value of property, and error in proof of value of property destroyed. Judgments and orders appealed from unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.